**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10092. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. JML Capital LLC 401K Plan, et al.*, No. 18-cv-10092 is dismissed as against Defendants JML Capital LLC 401K Plan and John LaChance with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. JML Capital LLC 401K Plan, et al.*, No. 18-cv-10092. This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
April 12, 2022

| By: /s/ Marc A. Weinstein | By: /s/ Joseph LoPiccolo |
|---|---|
| Marc A. Weinstein | Joseph LoPiccolo |
| HUGHES HUBBARD & REED LLP | POULOS LOPICCOLO PC |
| One Battery Park Plaza | 311 West 43rd St., 11th Fl., Ste. 124 |
| New York, New York 10004-1482 | New York, NY 10036 |
| Telephone: (212) 837-6000 | Telephone : (646) 931-0011 |
| Fax: (212) 422-4726 | Fax : (732) 358-0180 |
| marc.weinstein@hugheshubbard.com | lopiccolo@pllawfirm.com |
| *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | *Counsel for Defendants JML Capital LLC 401K Plan, John LaChance, and Roger Lehman* |

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge